**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on May 30, 2013

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 13−10513−LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Yunetsy Redondo
aka Redondo Menendez
18121 NW 52 Ave
Opa Locka, FL 33055

SSN: xxx−xx−2338

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.